

WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, ,

         Plaintiff,

   v.

SIZZLER USA RESTAURANTS, INC.

      Defendant.

CIVIL ACTION NO.  **6142**

COMPLAINT- CIVIL RIGHTS
EMPLOYMENT DISCRIMINATION

JURY TRIAL DEMAND

NATURE OF THE ACTION

    This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female, and national origin, Mexican, and to provide appropriate relief to Patricia Huizache who was adversely affected by such practices.  As alleged below, Defendant SIZZLER USA RESTAURANTS, INC. (SIZZLER) subjected Ms. Huizache to unlawful sex and national origin discrimination which led to her constructive discharge on October 16, 2004.

//
//
//
//

COMPLAINT

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e-5(f)(1) and (3); and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

## INTRADISTRICT ASSIGNMENT

2.     The employment practices alleged to be unlawful were committed within the State of California, County of San Mateo, City of Redwood City, within the jurisdiction of the United States District Court for the Northern District of California - San Jose Division.

## PARTIES

3.     Plaintiff, Equal Employment Opportunity Commission (EEOC), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4.     At all relevant times, Defendant SIZZLER has continuously been doing business in the State of California, County of San Mateo, City of Redwood City and has continuously had at least fifteen employees.

5.     At all relevant times, Defendant SIZZLER has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

## STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, Patricia Huizache filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant SIZZLER. All conditions precedent to the institution of this lawsuit have been fulfilled.

COMPLAINT                                        2.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7.      Since at least April 2004, Defendant SIZZLER has engaged in unlawful practices at its Redwood City, California location in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a). These practices include subjecting Ms. Huizache to a hostile, abusive, intimidating and offensive work environment because of her sex, national origin and/or a combination of these bases culminating in her constructive discharge.

8.      The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Huizache of equal employment opportunities and otherwise to adversely affect her status as an employee because of her sex, female, and her national origin, Mexican.

9.      The unlawful employment practices complained of in paragraph 7, above, were and are intentional.

10.     The unlawful employment practices complained of in paragraph 7, above, were and are done with malice and/or reckless indifference to the federally protected rights of Ms. Huizache.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sex and national origin discrimination.

B.      Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for its female and Mexican origin employees and which eradicate the effects of its past and present unlawful employment practices of sex and national origin discrimination.

C.      Order Defendant to make whole Ms. Huizache by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices, including but not limited to reinstatement.

COMPLAINT                                            3.

D.     Order Defendant Employer to make whole Ms. Huizache by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including medical expenses, with interest, in amounts to be determined at trial.

E.     Order Defendant Employer to make whole Ms. Huizache by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

F.     Order Defendant Employer to pay Ms. Huizache punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

G.     Grant such further relief as the Court deems necessary and proper.

H.     Award the EEOC  its costs in this action.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

COMPLAINT                                       4.

1

2

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

3

4

5

RONALD COOPER
General Counsel

6

7

JAMES L. LEE
Deputy General Counsel

8

GWENDOLYN YOUNG REAMS
Associate General Counsel

9

10

11

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

12 Date:  September 22,  2006

13

WILLIAM R. TAMAYO
Regional Attorney

14

15

16

DAVID F. OFFEN-BROWN
Supervisory Trial Attorney

17

18

LINDA ORDONIO-DIXON
Trial Attorney

19

20

21

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260

22

23

24

25

26

27

28

COMPLAINT

5.