**E-filed 8/28/08**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. C-06-6142-JF/PVT |
| Plaintiff, | [~~PROPOSED~~] **CONSENT DECREE** |
| PATRICIA HUIZACHE, | |
| Plaintff-Intervenor, | |
| vs. | |
| SIZZLER USA RESTAURANTS, INC., | |
| Defendant. | |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

## I. INTRODUCTION

Plaintiff Equal Employment Opportunity Commission ("EEOC") filed this action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), and Title I of the Civil Rights Act of 1991. The EEOC alleges that Defendant Sizzler USA Restaurants, Inc. (Sizzler) subjected Charging Party Patricia Huizache to a hostile environment based on her sex and/or national origin which culminated in her constructive discharge. Ms. Huizache intervened into the lawsuit and included parallel state claims.

//

//

//

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

## II.    NON-ADMISSION OF LIABILITY

This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of Title VII or any other statute by Defendant Sizzler.

The Court has reviewed the terms of this Consent Decree in light of the pleadings, the record herein, and the applicable law, and now approves the Consent Decree in its entirety.

Therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

## III.    GENERAL PROVISIONS

1.    This Court has jurisdiction over the subject matter and the parties to this action.

2.    This Consent Decree constitutes a full resolution of the EEOC's and Patricia Huizache's complaints in EEOC/Huizache v. Sizzler USA Restaurants Inc., Civil Action C-06-06142 JF.

3.    This Consent Decree shall become effective upon-its entry by the Court.

4.    This Consent Decree is final and binding upon the Parties, their successors and assigns.

5.    The Parties shall bear their own costs and attorney fees.

## IV.    GENERAL INJUNCTIVE RELIEF

### 1.    Sexual and National Origin Based Harassment

Defendant, its officers, agents, management (including all supervisory employees), successors and assigns, and all those in active concert or participation with them, or any of them, are enjoined from, or from being a party to, any action, policy or practice that is intended to or is known to them to have the effect of harassing or intimidating any employee on the basis of sex and/or national origin, or which creates, facilitates or permits the existence of discrimination on the basis of sex and/or national origin.

### 2.    Retaliation

Defendant, its officers, agents, management (including supervisory employees), successors or assigns, and all those in active concert or participation with them, or any of them, are enjoined from engaging in, implementing or permitting any action, policy or practice with the purpose of

1 retaliating against any current or former employee of Defendant because he or she complained

2 about sexual harassment, filed a charge of discrimination alleging any such practice, testified or

3 participated in any manner in any investigation (including, without limitation, any internal

4 investigation undertaken by Defendant), proceeding or hearing in connection with this case, and/or

5 relating to any claim of sexual or national origin harassment, or was identified as a possible

6 witness in this action.

7 **V.     SPECIFIC INJUNCTIVE RELIEF**

8     In order to effectuate the objectives embodied in this Consent Decree, Defendant shall

9 make the following modifications to its existing policies, procedures, and practices at the

10 Redwood City restaurant where Ms. Huizache was formerly employed.

11     **1.     Policy Changes**

12     Within  sixty (60) days after entry of this Consent Decree, Defendant shall, to the extent it

13 has not already done so,  revise its personnel policies applicable to the Redwood City restaurant to

14 include the following:

15     (i)     A provision which requires Defendant to provide translation services to any

16 employee who has limited fluency in English for the purpose of reading and understanding

17 Defendant's antidiscrimination and complaint policy and procedures. As an alternative, Defendant

18 may provide copies of the subject policies/procedures in the employee's primary language.

19     (ii)     A provision which designates two managers at the Redwood City restaurant as

20 contact persons with responsibility for responding to and/or turning complaints over to those

21 Sizzler employees or third parties designated as complaint investigators. This provision shall also

22 designate complaint contacts within the appropriate district manager's office. and with the

23 corporate human resources office. The names of all contact persons, their work locations and

24 telephone numbers shall be listed in the policy, and also shall be routinely and continuously posted

25 in a prominent place at the Redwood City restaurant. The corporate contact phone number shall

26 include a toll-free number or indicate that collect calls will be accepted. This provision should also

27 state that there is no requirement that an employee complain to the contacts at their work location

28 prior to making a complaint to either the district manager or the corporate human resources office.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1      (iii)    A provision allowing an employee to make an anonymous complaint of

2  discrimination but explaining the limitations that may be encountered in investigating and taking

3  corrective action in response to such a complaint.

4      (iv)    A provision ensuring employees that complaints of discrimination need not be

5  made in writing.

6      (v)    A provision requiring that witnesses in an investigation be assured that they will

7  not be retaliated against and that any statement made by that person will be kept in strict

8  confidence to the extent that is feasible and consistent with the objectives of the investigation.

9      (vi)    A provision requiring the documentation of a complaint of discrimination by the

10  person responsible for receiving the complaint and/or the complaint investigator. The

11  documentation must include a detailed explanation of the complaint, including the date and time

12  received, describe the action taken to investigate the complaint, include summaries of witness

13  statements, and provide the findings and any action taken in response to the complaint.

14      (vii)    A provision that advises that managers and supervisors who become aware of

15  discrimination by their subordinates but do not take immediate action to prevent or correct the

16  situation will be subjected to disciplinary action up to and including termination.

17      (viii)    A provision which advises employees that they may file complaints of

18  discrimination with the federal Equal Employment Opportunity Commission; employees can learn

19  more by calling 1-800-669-4000, by emailing the EEOC at info@ask.eeoc.gov or by visiting the

20  EEOC's website at www.eeoc.gov. The provision should also indicate that the EEOC's services are

21  free.

22      (ix)    A provision which requires the company to record within an employee's personnel

23  file any disciplinary action based on conduct found to be discriminatory following an investigation

24  of the sort called for herein.

25      **2.    Policy Dissemination:**

26      (i)    Beginning within ninety (90) days of the entry of this decree, the company policies

27  and procedures, as revised above, shall be hand-delivered to each and every employee of

28  Defendant's Redwood City restaurant.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

(ii)     The revised policies and procedures shall also be posted on all company bulletin boards at the Redwood City restaurant for the duration of this Consent Decree.

**3.     Supervisor Accountability Policy**

(i)     Defendant is ordered to impose substantial discipline - up to and including termination, suspension without pay or demotion - upon any supervisor or manager at the Redwood City restaurant who is found, after an appropriate investigation, to have engaged in sexual and/or national origin discrimination,  permitted such conduct to occur in his or her work area or among employees under his or her supervision, and/or  prevented or otherwise impedes the investigation or reporting of such discrimination or harassment.

(ii)     Supervisors and managers shall also be accountable for promptly responding to complaints of sexual and/or national origin harassment and to forward complaints to the individuals charged with handling them.

(iii)     Defendant is ordered to revise its supervisor appraisal process, as necessary, to ensure that appropriate communication of anti-discrimination policies and appropriate handling of sexual harassment complaints are included as elements of the appraisals.

(iv)     Defendant is ordered to advise all current and new managers and supervisors at the Redwood City restaurant of their duties under these revised policies.

**4.     Training Program**

Defendant is ordered to present to all of its current and new employees at the Redwood City restaurant, including management employees, at least two hours of mandatory equal employment opportunity training, once every two years for the duration of this Consent Decree. The first training shall be for those employees and new hires at the Redwood City restaurant who have not previously received equal employment opportunity/harassment training within the last twelve months and shall be conducted within a reasonable period mutually agreed upon by the parties, but no later than ninety (90) days after the entry of this Consent Decree. The cost of the training shall be borne by Defendant.

The training described in the preceding paragraph shall be in-person training, accompanied by materials prepared by experienced educators and/or investigators, and shall educate the

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

employees about the problems of discrimination-in the workplace.  The purpose of the training

will be to give participants a thorough understanding of discrimination and harassment issues,

including policies (including discipline policies) and practices related to discrimination,

harassment and retaliation. The training will further inform each participant that he or she is

responsible for knowing and complying with the contents of Defendant's equal employment

opportunity policy.

Managers and Supervisors shall receive an additional two hours of training once every two

years, as required under California law, for the duration of this Consent Decree on the employer's

responsibility to provide a workplace free of sexual harassment and retaliation, appropriate

techniques for investigating discrimination and harassment, and remedying it.

Defendant shall provide to the EEOC thirty (30) days in advance of the each training a

copy of the course syllabus for the training.

All persons attending each mandatory equal employment opportunity training shall sign an

acknowledgment of his or her attendance at the training, the date thereof, and his or her position

with the company. All participants shall also be given a questionnaire through which they will be

asked to critique the training and to provide suggestions to improve future training sessions.

Defendant shall provide a copy of these attendance records, the completed post-training

questionnaires, and the training materials to the Commission within thirty (30) days of completion

of the trainings.

### 5.    Posting and other Notices to Employees

Defendant is ordered to conspicuously post notices, a copy of which is attached as Exhibit

1, in clearly visible locations where such notices generally addressing employee issues are

normally and customarily posted.  Such notices shall be posted for the duration of the Consent

Decree.  Defendant shall monitor the notices and replace within ten (10) days) any notice which is

defaced or removed.

Within ninety (90) days of the entry of this Consent Decree, Defendant shall issue to all

employees, supervisors and managers, the revised policies required under this section entitled

Specific Injunctive Relief.  Each employee shall be asked to sign an acknowledgment that he or

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1    she has-received and read the policy. The same acknowledgment shall be required of all newly

2    hired employees, including all managers and supervisors, at the start of their employment.

3    **VI.    MONETARY RELIEF**

4           1.      Defendant is ordered to pay to Charging Party Patricia Huizache the amount of

5    $300,000.00

6           2.      The amount above is to be paid in complete compromise of all disputed issues

7    arising out of the Complaints filed in this lawsuit EEOC/Huizache v. Sizzler USA Restaurants,

8    Inc., Civil Action No. 06-06142 JF in the United States District Court for the Northern District of

9    California - San Jose.

10          3.      The monetary relief shall be paid within fifteen (15) days of the entry of this

11   Consent Decree in the form of a check payable to "Patricia Huizache and her attorney Matthew T.

12   Newman."  The check shall be delivered by verifiable method to Matthew T. Newman, Matthew

13   T. Newman and Associates, 1735 N. First Street, Suite 290, San Jose, California 95112.  A

14   photocopy of the check shall be provided to EEOC counsel.

15   **VII.   REPORTING**

16          1.      One year after entry of the Decree and every year thereafter for five years,

17   Defendant shall submit reports to the EEOC summarizing any complaints of discrimination from

18   the Redwood City restaurant received by Defendant during the preceding year. The reports will

19   include the identities of the complainant(s) and the alleged harasser(s), if any, and a summary of

20   action taken in response to the request or complaint.

21          2.      Within ninety (90) days of the entry of this Consent Decree, Defendant shall send

22   to the EEOC a copy of the company's revised policies and procedures in accordance with Section

23   V, above.

24          3.      Within thirty (30) days after completion of the biannual employee and supervisory

25   trainings described in Section V(C) above, Defendant shall send the EEOC appropriate

26   verification of its completion of training, and shall provide a copy of the records indicated in

27   Section V(C)(5).

28   //

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

4.      Defendant shall submit a certification to the EEOC sixty (60) days prior to the expiration of this Consent Decree containing a statement verifying the company's compliance with the terms of the Consent Decree.

**VIII.   RETENTION OF JURISDICTION AND EXPIRATION OF CONSENT DECREE**

1.      The duration of this Consent Decree shall be five (5) years from the date of entry of the Decree, provided that Defendant has complied substantially with the terms of this Consent Decree. Defendant shall be deemed to have complied substantially if the Court has not made any finding or orders during the term of the Consent Decree that the Defendant has failed to comply with any terms of this Consent Decree.

2.      The EEOC shall be entitled to its reasonable costs and attorneys' fees in connection with any civil action to enforce compliance with the terms and conditions of this Consent Decree.

3.      This Court shall retain jurisdiction over this matter and the Parties for the purpose of enforcing compliance with the Consent Decree, including issuing such orders as may be required to effectuate its purposes.

4.      If any provision of this Consent Decree is found to be unenforceable by a court of competent jurisdiction, only the specific provision in question shall be affected and the other enforceable provisions shall remain in full force and effect.

5.      Any documents or information required to be submitted by Defendant to the EEOC under the terms of this Consent Decree shall be sent to Linda Ordonio-Dixon, EEOC, 350 The Embarcadero Street, Suite 500, San Francisco, California 94102.

**IT IS SO ORDERED.**

8/28/08

_____

**UNITED STATES DISTRICT COURT JUDGE**

JEREMY FOGEL

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

**NOTICE TO ALL EMPLOYEES**

This notice is being posted pursuant to a Consent Decree issued by the Federal Court in a lawsuit brought against Sizzler USA Restaurants, Inc. by the Equal Employment Opportunity Commission and Patricia Huizache. [Civil Action 06-06142 JF, United States District Court of California - San Jose.]

Under the Consent Decree, Sizzler USA Restaurants, Inc. is ordered not to discriminate against any employee by subjecting employees to a discriminatory work environment or retaliation for complaining about discrimination in the workplace.

Should you have any complaints of discrimination, you can follow the complaint procedures established by the company, or you can contact the Equal Employment Opportunity Commission (EEOC). The EEOC is the federal agency that enforces federal anti-discrimination in employment laws. The EEOC charges no fees for its services, and has employees that speak languages other than English, including Spanish.

EEOC Contact Information:

EEOC San Francisco District Office
350 The Embarcadero Street, Suite 500 San Francisco, CA 94105
Telephone (800) 669-400
Fax (415) 625-5609
TDD: (515) 625-5610
Email: info@ask.eeoc.gov
Website: www.eeoc.gov

**THIS POSTING IS AN OFFICIAL NOTICE AND BY ORDER OF THE COURT MUST NOT BE DEFACED OR OBSCURED.**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**